# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JOSEPH PITMAN,** | |
| Plaintiff, | |
| v. | **8:10-cv-00414-FG3** |
| **WAL-MART STORES, INC.,** | **ORDER** |
| Defendant. | |

Upon review of the Report of Parties' Rule 26(f) Planning Conference (Doc. 20),

**IT IS ORDERED:**

1. To facilitate immediate negotiations, the court will delay entering an initial progression order.

2. Counsel shall file a status report on or before **February 1, 2011**, regarding the progress of their settlement discussions and advising whether a case progression order should be entered.

**DATED January 3, 2011.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**