# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

JOSEPH PITMAN,

        **Plaintiff,**

    v.

WAL-MART STORES, INC.,

        **Defendant.**

**8:10-cv-00414-FG3**

**ORDER**

Defendant filed a Suggestion of Bankruptcy (Doc. 27) advising that plaintiff, Joseph Pitman, filed bankruptcy in the U.S. Bankruptcy Court for the District of Nebraska on January 4, 2011, Case No. 11-80016-TLS.  Under NEGenR 1.5(a), "All cases under Title 11 of the United States Code, and all proceedings arising under Title 11 or related to a case brought under Title 11, are referred to the bankruptcy court of this district under 28 U.S.C. § 157."  Accordingly,

**IT IS ORDERED:**

1.  Pursuant to NEGenR 1.5(a) this case is referred to the United States Bankruptcy Court for the District of Nebraska;

2.  This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska;

3.  The Clerk of the Court for the District of Nebraska shall transmit the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED February 2, 2011.**

        **BY THE COURT:**

        **s/ F.A. Gossett, III**
        **United States Magistrate Judge**