## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| LORRAINE J. PITMAN and ) | |
| JOSEPH A. PITMAN, ) | |
| ) | CASE NO. BK11-80016-TLS |
| Debtor(s). ) | |
| JOSEPH PITMAN, ) | A11-8016-TLS |
| ) | |
| Plaintiff, ) | 8:10CV414 |
| ) | |
| vs. ) | CHAPTER 7 |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

This adversary proceeding was transferred from the district court because the plaintiff filed a Chapter 7 bankruptcy case. By separate document, I am recommending to the United States District Court for the District of Nebraska that it withdraw the reference of the case from the bankruptcy court for further proceedings. Because the Chapter 7 trustee is presently the real party in interest for purposes of this litigation, he should either intervene in the case or abandon the estate's interest to the debtor.

IT IS ORDERED: The Chapter 7 trustee shall either intervene or abandon the claim by March 10, 2011.

DATED: February 8, 2011.

BY THE COURT:

/s/ Thomas L. Saladino
Chief Judge

Notice given by the Court to:
   Mary Kay Green
   Christopher R. Hedican
   Todd A. West
   Thomas D. Stalnaker
   U.S. Trustee